UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| BETTY BOREL | * | CIVIL ACTION | |
| VERSUS | * | NUMBER: | 09-2799 |
| CHEVRON U.S.A., INC. | * | SECTION: | F |
| * * * * * * * | | MAGISTRATE: | 2 |

**<u>ORDER</u>**

Considering the foregoing:

IT IS ORDERED that plaintiff's Motion for Leave to File Signed Unsworn Declaration is hereby GRANTED.

New Orleans, Louisiana, this 18th day of November, 2009.

_____
UNITED STATES DISTRICT JUDGE