UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

BETTY BOREL

VERSUS

CHEVRON U.S.A., INC.

CIVIL ACTION

NO. 09-2799

SECTION "F"

VERDICT FORM

1. Do you find from a preponderance of the evidence that the plaintiff Betty Borel had an accident and injury while working on defendant Chevron U.S.A., Inc.'s platform and that the defendant Chevron U.S.A., Inc. was negligent on December 7, 2007?

Yes ______ No ✓

If your answer to question No. 1 was "Yes", then proceed to Question 2. If your answer to No. 1 was "No", then proceed to the end of this form and skip the remaining questions. Date the form, sign it, and return to the Courtroom.

2. Do you find from a preponderance of the evidence that Chevron U.S.A.'s negligence was a proximate cause of the injuries sustained by Betty Borel on December 7, 2007?

Yes ______ No ______

If your answer to question No. 2 was "Yes", then proceed to Question 3. If your answer to No. 2 was "No", then proceed to the end of this form and skip the remaining questions. Date the form, sign it, and return to the Courtroom.

3. Do you find from a preponderance of the evidence that the plaintiff Betty Borel was herself negligent on December 7, 2007?

Yes ______ No ______

If your answer to No. 3 was "Yes", then proceed to No. 4. If your answer to No. 3 was "No", then proceed to No. 5.

4. Do you find from a preponderance of the evidence that Betty Borel's negligence contributed to her accident on December 7, 2007?

Yes ______ No ______

Please proceed to No. 5.

5. Please indicate the percentage of fault attributable to each of the following parties in causing damage to the plaintiff, Betty Borel. (Note: The percentages must add up to 100%.)

| | |
|---|---|
| Chevron U.S.A., Inc. | ______% |
| Betty Borel | ______% |

Please proceed to the No. 6.

6. What amount of money will compensate Betty Borel for the damages she suffered as a result of Chevron U.S.A.'s negligence?

| | |
|---|---|
| Past wage loss: | $______ |
| Future wage loss: | $______ |
| Past pain and suffering: | $______ |
| Future pain and suffering: | $______ |
| Past medical expenses: | $37,111.93 (Stipulated) |
| Total Damages awarded: | $______ |

Foreperson, please sign and date this form and return with it to the Courtroom.

New Orleans, Louisiana, this 19th day of January, 2011.

Julie C. Agosta

FOREPERSON