UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| BETTY BOREL | CIVIL ACTION |
| VERSUS | NO. 09-2799 |
| CHEVRON U.S.A., INC. | SECTION "F" |

**JUDGMENT**

This matter came on for trial on January 18, 2011 with a jury. Considering the answers to the Verdict Form and the directive of the Court to enter judgment, accordingly;

IT IS ORDERED, ADJUDGED AND DECREED that there be judgment in favor of defendant, Chevron U. S. A., Inc., and against plaintiff, Betty Borel, dismissing plaintiff's claims with costs.

IT IS FURTHER ORDERED that the intervenor's claims are dismissed.

New Orleans, Louisiana, this 20th day of January, 2011.

Martin L. C. Feldman

UNITED STATES DISTRICT JUDGE